COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Case number:        01-13-00797-CV

Style:              *Alexandra Burns, Appellant v. Michael Donald Burns, Appellee*

Type of motion:     Motion for rehearing filed April 25, 2014

Party filing motion: Appellant

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature:      /s/ Jane Bland
                        Acting for the Court

Panel consists of Justices Keyes, Bland, and Brown.

Date:  May 15, 2014